IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01576-WYD-MJW

QFA ROYALTIES LLC, a Delaware limited liability company;
QUIZNO'S FRANCHISING II LLC, a Delaware limited liability company; and
QIP HOLDER LLC, a Delaware limited liability company,

    Plaintiff(s),

v.

JOHN SCHODRON and
DAWN SCHODRON,

    Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion to Dismiss and Brief in Support of Motion to Dismiss, filed August 31, 2006 (docket #s 10 & 11) are **STRICKEN** with leave to refile in compliance with this Court's Practice Standards.

    Dated:  September 1, 2006